Eduardo Rodriguez
Pardy & Rodriguez, P.A.
f/k/a Kim, Pardy & Rodriguez, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Telephone: 407-481-0066
Facsimile: 407-481-7939
Email: erodriguez@pardyrodriguezlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: 3:06-cv-2487-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Nelson Velez-Ruiz,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, NELSON VELEZ-RUIZ, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED, this 30 day of March, 2009.

By: _____
EDUARDO RODRIGUEZ
Attorneys for Plaintiff,
Nelson Velez-Ruiz

-1-

DATED, this 11 day of August, 2009.

By: /s/ Loren Brown
LOREN BROWN
Attorneys for Defendants,
Pfizer, Inc., et al.

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **AUG 1 7 2009**

Hon. Charles R. Breyer
United States District Court